*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR EL HURACÁN LENNY.

*Número:* EM-99-05          *Resuelto:* 18 de noviembre de 1999

## RESOLUCIÓN

Desde el pasado martes 16 del corriente se emitió para Puerto Rico un aviso de huracán. En vista de ello, este Tribunal decretó la suspensión de los trabajos ordinarios de la Rama Judicial los días 16 y 17 de noviembre. Como consecuencia del paso de dicho huracán a pocas millas de las costas sur y suroeste de Puerto Rico, algunas de nuestras vías públicas han resultado intransitables y se ha interrumpido el servicio eléctrico en ciertas áreas. También han ocurrido derrumbes e inundaciones en diversos lugares de la Isla. Tales circunstancias han interrumpido la

labor de muchos abogados. También se ha hecho difícil el acceso a algunos de los edificios que albergan nuestros tribunales.

Como resultado de lo anteriormente expuesto, y al amparo de nuestra facultad de reglamentar los procesos judiciales en situaciones de emergencia como la presente, se extenderán hasta el lunes 22 de noviembre de 1999 los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos judiciales que, de otro modo, hubiesen vencido los días 16, 17 y 18 de noviembre de 1999.

Al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por el Art. 388 del Código Político de 1902 (1 L.P.R.A. sec. 72), teniendo los mencionados días el mismo efecto que los días feriados.

*Se ordena la inmediata difusión de esta resolución y, además, su publicación por la Oficina de la Compiladora y Publicista de Jurisprudencia, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón y los Jueces Asociados Señores Fuster Berlingeri y Corrada Del Río no intervinieron.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*